1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 3:16-mj-0027-CMK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |
| v. | ) | |
| DAVID DWAINE COX, | ) | |
| Defendant. | ) | |

The United States and defendant David Dwaine Cox, by and through his undersigned attorney, hereby stipulate and request that the arraignment currently set for October 18, 2016, at 11:00 a.m. be continued to November 30, 2016, at 1:30 p.m.

DATED: October 17, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney


                            By:  /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney
///

///

1

1  DATED: October 17, 2016

                           By:    /s/ John M. Kucera
                                  JOHN M. KUCERA
                                  Counsel for Defendant
                                  (authorized via email 10/17/16)

ORDER

It is hereby ordered that the arraignment presently set for October 18, 2016, at 11:00 a.m. be continued to November 30, 2016, at 1:30 p.m.

DATED: 10-18-16

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2