HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DAVID COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-MJ-0027-CMK |
| Plaintiff, | ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| DAVID COX, | Judge: Hon. Kendall J. Newman |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named, DAVID COX with transportation from Sacramento, California, to the place of his residence, Redding, California.  In addition, the United States Marshal must furnish Mr. Cox with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Mr. Cox was brought to Sacramento, California by the United States Marshal's Office for the Magistrate Judge's 2:00 p.m. calendar on February 8, 2017.  Mr. Cox is financially unable to return to Redding, California, the place of his bonafide residence after being brought to Sacramento, California by the United States Marshal's Office for the 2:00 p.m. Magistrate Judge calendar.

/ / /

/ / /

This is authorized pursuant to 18 U.S.C. § 4285.

    IT IS SO ORDERED.

Dated:  February 8, 2017

                                                          _____
                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE