1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   DAVID DWAINE COX
6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 | UNITED STATES OF AMERICA,        ) Case No. 2:17-mj-047 CKD
                                     )
13 |       Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
                                     ) TO CONTINUE STATUS CONFERENCE
           v.                         )
14                                    ) Date:   August 24, 2017
   DAVID DWAINE COX,                  ) Time:   9:30 a.m.
15                                    ) Judge:  Hon. Carolyn K. Delaney
           Defendant.                 )
16                                    )
                                     )
17 |_____)

18         IT IS HEREBY STIPULATED between the parties through their respective counsel,

19  Robert Artuz, Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal

20  Defender, attorney for David Dwaine Cox, that the Court continue the status conference hearing

21  on August 24, 2017 at 9:30 a.m. to September 21, 2017 at 9:30 a.m.

22         The reason for the continuance is that the client has had eye surgery and cannot drive to

23  court and the parties need more time to work on a resolution.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stipulation and Proposed Order to                -1-
Continue Status Conference

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 23, 2017 | Respectfully submitted, |
| 3 | | HEATHER WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/Linda C. Allison*<br>LINDA C. ALLISON<br>Chief Assistant to the Federal Defender |
| 6 | | |
| 7 | | Attorneys for Defendant<br>DAVID DWAINE COX |
| 8 | | |
| 9 | Dated: November 15, 2013 | PHILLIP A. TALBERT<br>United States Attorney |
| 10 | | |
| 11 | | |
| 12 | | */s/ Linda C. Harter for*<br>ROBERT ARTUZ<br>Assistant United States Attorney |

## ORDER

IT IS HEREBY ORDERED, that the August 24, 2017 status conference shall be continued until September 21, 2017, at 9:30 a.m.

Dated: August 23, 2017

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Court Judge

Stipulation and Proposed Order to Continue Status Conference

-3-