| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-00041-CMK |
|---|---|
| Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING; ORDER TO CONTINUE |
| v. | DATE: February 27, 2018<br>TIME: 11:00 a.m.<br>COURT: Hon. Craig M. Kellison |
| DAVID DWAINE COX, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 27, 2018.

2. By this stipulation, the parties now jointly move to continue the status conference until April 3, 2018.

3. On February 23, 2018, counsel for the defendant informed the United States that the defendant had been taken into custody and is currently being held at the Shasta County Jail. Accordingly, the defendant is not presently available for the scheduled status hearing.

///

///

///

STIPULATION AND REQUEST FOR CONTINUANCE

1

4. The parties agree and stipulate that a continuance is appropriate to allow the parties time to determine when the defendant will be released from custody and available for trial in this matter.

IT IS SO STIPULATED.

Dated: February 23, 2018          McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: February 23, 2018          /s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
David Dwaine Cox

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of February, 2018.

Dated: February 23, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE