McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID DWAINE COX, <br><br> Defendant. | CASE NO. 3:17-MJ-00041-CMK <br><br> STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING; ORDER TO CONTINUE <br><br> DATE: April 3, 2018 <br> TIME: 11:00 a.m. <br> COURT: Hon. Craig M. Kellison |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 3, 2018.

2. By this stipulation, the parties now jointly move to continue the status conference until June 26, 2018.

3. On February 23, 2018, counsel for the defendant informed the United States that the defendant had been taken into custody and is currently being held at the Shasta County Jail.

4. On March 29, 2018, there was a hearing in the defendant's state court case. A competency examination was ordered. The next scheduled hearing date for the state case is May 2, 2018. The defendant remains in state custody pending trial in the matter.

5. Accordingly, the defendant is not presently available for the scheduled status hearing.

STIPULATION AND REQUEST FOR CONTINUANCE     1

6. The parties agree and stipulate that a continuance is appropriate to allow the parties time to determine when the defendant will be released from custody and available for trial in this matter.

IT IS SO STIPULATED.

Dated: March 30, 2018        McGREGOR W. SCOTT
                             United States Attorney

                             /s/ JUSTIN L. LEE
                             JUSTIN L. LEE
                             Assistant United States Attorney

Dated: March 30, 2018        /s/ LINDA ALLISON
                             LINDA ALLISON
                             Counsel for Defendant
                             David Dwaine Cox

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of April, 2018.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE