| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DWAINE COX,<br><br>Defendant. | CASE NO. 3:17-MJ-00041-CMK<br><br>STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING; ORDER TO CONTINUE<br><br>DATE: June 26, 2018<br>TIME: 11:00 a.m.<br>COURT: Hon. Craig M. Kellison |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 26, 2018.

2. By this stipulation, the parties now jointly move to vacate the status hearing.

3. On February 23, 2018, counsel for the defendant informed the United States that the defendant had been taken into custody and is currently being held at the Shasta County Jail.

4. On March 29, 2018, there was a hearing in the defendant's state court case. A competency examination was ordered. The next scheduled hearing in this matter is set for July 17, 2018. The defendant remains in state custody pending trial in the matter.

5. Accordingly, the defendant is not presently available for the scheduled status hearing and the parties do not have a date certain when the defendant will be available.

STIPULATION AND REQUEST FOR CONTINUANCE                 1

6. The parties agree and stipulate that a continuance is appropriate to allow the parties time to determine when the defendant will be released from custody and available for trial in this matter. Rather that set a hearing in this matter, the parties request that the Court vacate the scheduled hearing date and the parties will seek to put the matter on calendar when the defendant is released from state custody.

IT IS SO STIPULATED.

Dated:  June 22, 2018                    McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ JUSTIN L. LEE
                                         JUSTIN L. LEE
                                         Assistant United States Attorney


Dated:  June 22, 2018                    /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Counsel for Defendant
                                         David Dwaine Cox

## ORDER

IT IS SO FOUND AND ORDERED this 25th day of June, 2018.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE