# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

DAVID DWAINE COX

Case Number: 3:17-mj-0041 DMC

**JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of: 38 CFR 1.218(a)(5) and (b)(11)    Nature of Charge(s) Disorderly Conduct

The remaining counts in the Superseding Information are dismissed.

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

1. **YOU SHALL PAY** a fine in the amount of $250.00 and a special assessment of $10.00 for a total financial obligation of $260.00 due immediately.

2. **YOU SHALL** stay away from the grounds and property of the VA Clinic in Redding, California, and the VA Clinic in Chico, California, for a period of three (3) years. Such stay away order shall also apply to the VA shuttle bus that runs between the VA-Redding and VA-Chico clinics and the parking lots of the VA-Redding and VA-Chico clinics.

3. **YOU SHALL NOT** commit another federal, state, or local crime. You shall notify the United States Attorney's Office for the Eastern District of California within 72 hours of being arrested on any criminal charge.

4. **YOU SHALL NOT** possess a firearm.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: "**CLERK- U.S.D.C.**" and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order <u>must</u> indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

Dated: March 18, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE